CHARLES M. COHNFELD, Respondent, *v.* LEON TANENBAUM, Appellant.

*Cohnfeld* v. *Tanenbaum*, 102 App. Div. 614, affirmed.
(Argued February 12, 1906; decided February 27, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered

March 6, 1905, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Benjamin N. Cardozo* and *Sol. M. Stroock* for appellant.

*George W. Weiffenbach* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ. Absent: CULLEN, Ch. J.